UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.:  8:15-cv-00406-SDM-JSS

LANCET INDEMNITY RISK RETENTION
GROUP, INC.,

    Plaintiff,

vs.

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY

    Defendant.

---

**PLAINTIFF LANCET INDEMNITY RISK RETENTION GROUP, INC.'S
NOTICE OF WITHDRAWAL OF MOTION FOR AWARD OF COSTS**

COMES NOW, the Plaintiff, LANCET INDEMNITY RISK RETENTION GROUP, INC. ("LANCET"), by and through undersigned counsel, withdraws its Motion for Award of Costs filed on August 1, 2016.

Through ongoing settlement negotiations, the parties have resolved the relief requested. Lancet accordingly withdraws its Motion and states that the parties have agreed to cease further litigation.

**CERTIFICATE OF SERVICE**

I hereby certify that on  August 9, 2016, I provided the foregoing document via E-mail to Heidi Hudson Raschke, Esquire, and Steven J. Brodie, Esquire, CARLTON FIELDS JORDEN BURT, P.A., at hraschke@cfjblaw.com; sbrodie@cfjblaw.com; ldelpino@cfjblaw.com; pparrey@cfjblaw.com; and tpaecf@cfdom.net.

    Respectfully Submitted,

    /s/ *Bruce A. Aebel*
    Bruce A. Aebel, Esquire
    Bar Number: 0066435
    BANKER LOPEZ GASSLER P.A.

501 East Kennedy Blvd., Suite 1500
Tampa, FL  33602-5239
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Email:  baebel@bankerlopez.com
Attorney for Plaintiff